# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

161236(92)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEVE ELLIS KARACSON,
       Defendant-Appellant.

SC: 161236
COA: 346236
Wayne CC: 18-002889-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 29, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



a1214

Clerk